Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−21906−KCF
                Chapter:  7
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allison R Poliseno
   17 Destefano Ave
   Spotswood, NJ 08884

Social Security No.:
   xxx−xx−5346

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/24/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 27, 2019
JAN: bwj

                                                                                 Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Allison R Poliseno
    Debtor

Case No. 19-21906-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 27, 2019
                 Form ID: 148     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
```
db              +Allison R Poliseno,   17 Destefano Ave,    Spotswood, NJ 08884-1017
518302344       +Barclays Bank Delaware,   C/O Tenaglia & Hunt, PA,    395 West Passaic Street, Ste 205,
                  Rochelle Park, NJ 07662-3016
518302350       +Specialized Loan Servicing, LLC,   PO Box 636007,    Littleton, CO 80163-6007
518302351       +The Bank of New York Mellon FKA,   C/O Pluese, Becker & Saltzman, LLC,
                  20000 Horizon Way, Suite 900,   Mount Laurel, NJ 08054-4318
518302352       +Tnb-Visa (TV) / Target,   C/OLyons, Doughty and Veldhuis, PC,    136 Gaither Drive, Suite 100,
                  Mt Laurel, NJ 08054-1725
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2019 23:55:15      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2019 23:55:13      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518302345       +EDI: TSYS2.COM Sep 28 2019 03:33:00      Barclays Bank Delaware,   Attn: Correspondence,
                  Po Box 8801,   Wilmington, DE 19899-8801
518302346       +EDI: CHASE.COM Sep 28 2019 03:33:00      Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
                  Wilmington, DE 19850-5298
518302347       +E-mail/Text: fggbanko@fgny.com Sep 27 2019 23:54:40      Discover Financial,
                  C/O Forster, Garbus & Garbus,   7 Banta Place,   Hackensack, NJ 07601-5604
518302348       +EDI: RESURGENT.COM Sep 28 2019 03:33:00      LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,
                  Po Box 10497,   Greenville, SC 29603-0497
518302348       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 23:50:07
                  LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                  Greenville, SC 29603-0497
518302349       +EDI: NAVIENTFKASMSERV.COM Sep 28 2019 03:28:00      Navient,   Attn: Bankruptcy,   Po Box 9000,
                  Wiles-Barr, PA 18773-9000
518304197       +EDI: RMSC.COM Sep 28 2019 03:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:
```
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Allison R Poliseno rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```