|  | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BARRY R. SHARER, TRUSTEE,**<br>**SHARER PETREE BROTZ & SNYDER**<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, New Jersey 08043<br>(856) 435-3200<br>Chapter 7 Trustee | **Order Filed on September 24, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>POLISENO, ALLISON | Case No.: 19-21906<br><br>Hearing Date: 9/24/19 @ 10:00am<br><br>Judge: KCF<br><br>Chapter 7 |

**ORDER DISMISSING BANKRUTPCY**

The relief set forth on the following page is hereby ORDERED.

**DATED: September 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

2

Upon the motion of Barry R. Sharer, Trustee and for good cause shown, it is

**ORDERED** that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

If dismissal is denied for any reason) an extension of an additional 60 days for the Trustee or the Office of the United States Trustee to object to the debtor's discharge, with the date being set at November 16, 2019.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-21906-KCF
Allison R Poliseno                                                              Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1            Date Rcvd: Sep 27, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db             +Allison R Poliseno,    17 Destefano Ave,    Spotswood, NJ 08884-1017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
     Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
     BSharer@SharerPBS.com;nj83@ecfcbis.com
     Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
     Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
     et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
     Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
     York, et al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
     Robert C. Nisenson    on behalf of Debtor Allison R Poliseno rnisenson@aol.com,
     nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6